IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO.: 2:25-cr-00093-RAH-KFP
)
DERRICK ANTAVIOUS OLIVER )

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and has entered a plea of guilty to Count(s) 1 and 2 of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the Defendant entered the plea of guilty knowingly and voluntarily and there is a factual basis for the plea. I therefore recommend that the plea of guilty be accepted.

Done this 8th day of September, 2026.

KELLY F. PATE
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to the finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.